**2008–0438. Numbers v. Lamneck.**

In Habeas Corpus. On petition for writ of habeas corpus of Toby L. Numbers. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–0450. Derkson v. Brunsman.**

In Habeas Corpus. On petition for writ of habeas corpus of Michael Derkson. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2007–1829. Cesarespada v. Bandlow.**

Cuyahoga App. No. 88835, 2007-Ohio-4062. On appellants' motion for compliance with Section 2(c), Article IV of the Ohio Constitution and appellee's motion to strike appellants' motion. Appellants' motion denied. Appellee's motion denied as moot.

**2008–0372. State v. Konkel.**

Summit App. No. 23592, 2007-Ohio-6186. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0375. Mandelbaum v. Mandelbaum.**

Montgomery App. No. 21817, 2007-Ohio-6138. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 6 of the court of appeals' Decision and Entry filed January 29, 2008:

"May a trial court modify spousal support under R.C. 3105.18 without finding that: (1) a substantial change in circumstances has occurred; and (2) the change was not contemplated at the time of the original decree?"

The conflict cases are *Kingsolver v. Kingsolver*, Summit App. No. 21773, 2004-Ohio-3844, *Buchal v. Buchal*, Lake App. No. 2005–L–095, 2006-Ohio-3879, and *Tsai v. Tien*, 162 Ohio App.3d 89, 2005-Ohio-3520, 832 N.E.2d 809.

Sua sponte, cause consolidated with 2007–2422, *Mandelbaum v. Mandelbaum*, Montgomery App. No. 21817, 2007-Ohio-6138.

**2008–0381. State v. Cortez.**

Lucas App. No. L–05–1112, 2007-Ohio-96. On motion for leave to file delayed appeal. Motion denied.

**2008–0382. State v. Straugh.**

Hamilton App. No. C–061024. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2008–0383. State v. Goens.**

Butler App. No. CA2006–10–261, 2007-Ohio-1888. On motion for leave to file delayed appeal. Motion denied.

**2008–0385. State v. Wilson.**

Butler App. No. CA2006–09–218. On motion for leave to file delayed appeal. Motion denied.
    PFEIFER, J., dissents.

**2008–0393. State v. Bell.**

Mahoning App. No. 06–MA–82, 2007-Ohio-6924. On motion for leave to file delayed appeal. Motion granted.
    O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.